IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

O'NEAL TAYLOR SESSION,
    Debtor.

| | |
|---|---|
| O'NEAL TAYLOR SESSION, | ) |
|     Plaintiff, | ) Case No. 19-mc-011-CG |
| vs. | ) Bankruptcy Case No. 18-4762-JCO |
| | ) Adversary Proc. No 18-65-JCO |
| AMERICAN HONDA FINANCE CORPORATION, | ) |
|     Defendant. | |

**ORDER**

This matter is before the Court on the motion of O'Neal Taylor Session to withdraw the reference of the case pursuant to 28 U.S.C. 157(d) (Doc. 1) and the Report and Recommendation ("R&R") of the Bankruptcy Court for the Southern District of Alabama (Doc. 3).[1] After due and proper consideration of all portions of this file deemed relevant to the issues raised and particularly the matters deemed as an objection, this Court concurs with the findings of the Bankruptcy Court.

Accordingly, the Report and Recommendation of the Bankruptcy Court is ADOPTED as the opinion of this Court. Plaintiff's Motion to Withdraw the

---

[1] Session's motion is additionally entitled a "response" to the R&R (which was anticipated, but not yet entered) which this Court construes as an objection.

Reference is DENIED. Accordingly, Session's motions to certify questions to the Supreme Court of Alabama and the 11th Circuit Court of Appeals (Docs. 4 and 5) are MOOT.  The clerk is DIRECTED to close this file.

    **DONE** and **ORDERED** this 12th day of November, 2019.

                                 /s/ Callie V. S. Granade
                                 SENIOR UNITED STATES DISTRICT JUDGE